VON ROSENBERG v. McDONALD.

(City Court of New York, General Term.  August 6, 1898.)

ACTION FOR SERVICES—PLEADING.

In an action for services rendered by the plaintiff pursuant to his employment by the defendant, an answer admitting the employment, but pleading nonperformance, raises an issue of fact, and is not demurrable.

Appeal from special term.

Action by Leo Von Rosenberg against Henry M. McDonald. From an interlocutory judgment overruling plaintiff's demurrer to defendant's answer, plaintiff appeals.  Affirmed.

Argued before CONLAN, SCHUCHMAN, and OLCOTT, JJ.

J. W. Monk, for appellant.

W. W. McDonald, for respondent.

SCHUCHMAN, J.  The complaint sets up a cause of action for services rendered pursuant to plaintiff's employment.  The an-

swer admits the employment, but pleads nonperformance. This raises an issue of fact.

Judgment appealed from affirmed, with costs.

OLCOTT, J., concurs.